# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KAVEH AZIMI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-2114 KHV |
| vs. ) | |
| ) | |
| UNITED PARCEL SERVICE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This matter comes before the Court on the Motion by Plaintiff and Defendant Local 41 to Dismiss Defendant Local 41 and To File Covenant Not to Sue Under Seal, (Doc. #95) filed May 25, 2007.

The Court finds that said motion should be sustained in part. Local 41 of the International Brotherhood of the Teamsters is hereby dismissed with prejudice, with costs and fees assessed as previously paid by the parties.

The covenant not to sue need not be filed and the request to file it under seal is therefore moot.

**IT IS SO ORDERED this 30th day of May.**

                                                      s/ Kathryn H. Vratil
                                                      KATHRYN H. VRATIL
                                                      UNITED STATES DISTRICT COURT JUDGE