# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KAVEH AZIMI, )<br>)<br>    Plaintiff, )<br>) | Case No. 06-2114 KHV |
| vs. )<br>) | |
| UNITED PARCEL SERVICE, INC., et al., )<br>) | |
|     Defendants. ) | |

### ORDER OF DISMISSAL

In consideration of the Motion of Dismissal with Prejudice (Doc. #116) filed by the Plaintiff being advised in the premises and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action should be and is hereby dismissed, with prejudice, with costs assessed as previously agreed by the parties.

**IT IS SO ORDERED.**

**DATED:  October 3, 2007**      s/ Kathryn H. Vratil
                      **Kathryn H. Vratil**
                        **United States District Judge**

Submitted by:

**McDOWELL, RICE, SMITH & BUCHANAN**
A Professional Corporation

Thomas R. Buchanan – KS #10572
Linda C. McFee – KS #17070
Jason Buchanan – KS #20815
Skelly Building, Suite 350
605 West 47th Street
Kansas City, Missouri 64112-1905
Phone: (816)753-5400
Fax: (816)753-9996
ATTORNEYS FOR PLAINTIFF

With a copy of the above to:

ARMSTRONG TEASDALE LLP
Jenniffer L. Arendes
Daniel K. O'Toole
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
ATTORNEYS FOR DEFENDANT UNITED PARCEL SERVICE